# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALPHONSE MAZZARELLA,** *on behalf of himself and similarly situated employees,* | : | |
| | : | **CIVIL ACTION NO. 3:13-2844** |
| **Plaintiff** | : | |
| v. | : | (JUDGE MANNION) |
| **FAST RIG SUPPORT, LLC and FIRST AMERICANS SHIPPING AND TRUCKING, INC.,** | : | |
| | : | |
| **Defendants** | : | |

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** defendants' motion to dismiss plaintiffs' complaint, (Doc. 19), is **DENIED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: June 23, 2014**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-2844-01-order.wpd