# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALPHONSE MAZZARELLA,** *on behalf of himself and similarly situated employees,* | : : | **CIVIL ACTION NO. 3:13-2844** |
| **Plaintiffs** | : | |
| **v.** | : | **(JUDGE MANNION)** |
| **FAST RIG SUPPORT, LLC and FIRST AMERICANS SHIPPING AND TRUCKING, INC.,** | : : | |
| **Defendants** | : | |

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** the claims of plaintiffs under the FLSA and PMWA can proceed against defendants to trial since the plaintiff drivers are not engaged in interstate commerce under the MCA exemption.

*s/ Malachy E. Mannion*

**MALACHY E. MANNION**
**United States District Judge**

**Date: June 30, 2015**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-2844-02-Order.wpd