AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Pennsylvania

| | |
|---|---|
| MAZZARELLA et al. (See attached list of plaintiffs) )<br>*Plaintiff* )<br>v. )<br>FAST RIG SUPPORT, LLC, et al. )<br>*Defendant* ) | Civil Action No. 3:13-2844 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Judgment is hereby entered, per Stipulation, in favor of the plaintiffs (see attached list) and against the defendants Fast Rig Support, LLC and First Americans Shipping and Trucking, Inc. in the total amount of Thirty- One Thousand Dollars ($31,000.00).

This action was *(check one)*:

❐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❐ tried by Judge _____ without a jury and the above decision was reached.

❐ decided by Judge _____ on a motion for

Date: 7/31/15

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

## CV-13-2844 Plaintiffs

David Applegate,
Steven Barbey,
Douglas Bedford,
James Bell,
Greg Boyer,
Dennis Brannigan,
John Brooking,
Kenneth Brown,
Eric Cassellbury,
Andrew Clark,
Floyd Coyne,
Thomas Daugherty,
Todd Gleason,
Roger Green,
William Johnston,
Dustin Keller,
Mitchell Kelly,
Delbert Knapp,
Melvin Latzgo,
Carl Lawson,
Thomas MacDonald,
Alphonse Mazzarella,
Jason McCoy,
Robert McMahan,
Carl Orso,
Jared Penny,
David Pugh,
Virgil Root,
Jason Schmidt,
Daniel Scott,
Timothy Smith,
Trenton Smith,
George Stockage,
Russell Travis,
Eugene Walter,
James Warner,
David Williams,
George Young.