AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| Winebrake & Santillo, LLC<br>*Plaintiff*<br>v.<br>FAST RIG SUPPORT LLC et al.<br>*Defendant* | )<br>)<br>) Civil Action No. 3:13-2844<br>)<br>) |

## AMENDED
## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: that judgment is entered in favor of Winebrake & Santillo, LLC and against the defendants FAST Rig Support, LLC and First Americans Shipping and Trucking, Inc. in the amount of $183,984.22 consisting of $176,003.00 in attorney's fees and $7,981.22 in litigation costs.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Malachy E. Mannion, U.S. District Judge on a motion for Attorney's Fees.

Date: 7-19-16

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*